AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Edward Calvin Swain | ) | Case No. 13-8245-DLB |
| and Christopher Davis Rolle, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.
MAY 13 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __05/11/13__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C., Sections 1324(a)(1)(A) and (B)(i) | Attempted Alien Smuggling |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Francisco Quinones
Printed name and title

Sworn to before me and signed in my presence.

Date: 5-13-13

_____
Judge's signature

City and state: West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Francisco Quiñones, being duly sworn, depose and say:

1. I am a Special Agent for the United States Department of Homeland Security, United States Immigration and Customs Enforcement, Homeland Security Investigations and have been so employed for the past three years. Prior to my employment as a Special Agent, I was employed as a sworn federal law enforcement officer with the U.S. Border Patrol for fourteen years, serving in the capacity as a Senior Patrol Agent, Intelligence Agent, and Prosecutions Agent.

2. As a Special Agent with Homeland Security Investigations, my duties and responsibilities include conducting criminal investigations of individuals that have violated federal laws, particularly those laws as found in Titles 8, 18, 19, and 21 of the United States Code. After being hired as a Special Agent in 2010, I received training with the United States Immigration and Customs Enforcement as to the legal principles and statutes representing criminal violations of the United States Code, as enumerated in Titles 8, 18, 19, and 21, from the Federal Law Enforcement Training Center located in Glynco, Georgia.

3. The facts set forth in this affidavit are based on my personal knowledge, information obtained in this investigation from others, including other law enforcement officers, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a criminal Complaint, I have not included each and every fact known to me concerning this investigation, but have set forth only those facts necessary to establish probable cause to believe that Edward Calvin Swain, and Christopher Rolle, committed the offense of

attempted alien smuggling in violation of Title 8, United States Code, Section 1324(a)(1)(A) and (B)(i).

4. On May 10, 2013, Palm Beach County Sheriff's Marine Unit (PBSO) was conducting patrols off the coast of Palm Beach County Florida. At approximately 1:42 a.m. utilizing the offshore radar, PBSO detected a vessel (a 25' Angler White center console, white hard top with twin Yamaha VX 250 engines) approximately 1 nautical mile east of Lake Worth Inlet, traveling west at a high rate of speed, towards the United States with no lights displayed. Upon approach, PBSO shined a spotlight in an effort to identify the vessel, at which time PBSO Deputies observed the vessel flee the area at a high rate of speed traveling east. PBSO proceeded to pursue the vessel in an effort to perform an investigative stop.

5. PBSO notified the U.S. Coast Guard of the situation. The U.S. Coast Guard mobilized vessels to assist PBSO. As the PBSO pursued, the fleeing vessel was observed traveling at a speed in excess of 40 knots. PBSO closed the distance to approximately one nautical mile of the fleeing vessel; the Deputies activated the patrol vessel's emergency lights in an effort to stop the fleeing vessel. As the distance between the vessel closed, the Deputies observe a black male wearing a gray sweater (later identified as Edward Calvin Swain) operating the vessel. The vessel continued to evade law enforcement and failed to heave. At approximately 2:19 a.m. PBSO performed a vessel stop approximately 23 nautical miles east of the United States Coastal. PBSO maintained custody of the vessel until the arrival of the USCG arrived on scene to assume custody of the vessel and occupants.

6. Coast Guard officers boarded the vessel and in addition to the operator, counted twenty individuals onboard the vessel. The Coast Guard officers identified themselves as law enforcement officers and proceeded to interview the subjects. The subjects freely admitted to being citizens and nationals of Bahamas, Jamaica, Colombia, Guatemala and Haiti. The defendants Edward Calvin Swain and Christopher Rolle are citizens of the Bahamas. David Tryell Simms is a citizen of Jamaica. Duvan Cani-Hernandez, Hernan Dario Zapata-Vazquez, Henry Alberto Montoya-Arboleda are citizens of Colombia. Daniel Felipe- Mateo, Hilda Call-Chub, Nicomedes Pena-Estrada, Herson Yaxcal-Beltran, Alex Reyes-Ruiz are citizens of Guatemala. Margerine Cazine, Ancelione Dorvil, Bonita Auguste, Handily Louis, Violet Libin, Manette Dorestant, Rose Danielle, Casseus Chedeline, Hancito Dorvil are citizens of Haiti. The Coast Guard officers determined that the vessel occupants where migrants attempting to enter the United States illegally. The subjects were taken into custody and transferred to the Coast Guard Cutter Bluefin for administrative processing.

7. On May 11, 2013, at approximately 9:00 a.m. custody of the defendants and nine of the passengers was transferred from the U.S. Coast Guard to the U.S. Border Patrol, after their landing in Palm Beach County, Florida. The subjects were transported to West Palm Beach Border Patrol Station, for administrative processing. The remaining nine passengers remained on the Coast Guard Cutter Bluefin to be repatriated to their country of Haiti.

8. During administrative processing, Homeland Security Investigations (HSI) Special Agents proceeded to conduct interviews of the subjects.

9. HSI Special Agents read and explained the Miranda warnings to Edward Calvin Swain and Christopher Rolle. Both Edward Calvin Swain and Christopher Rolle signed and initialed a Miranda warnings form and waiver, indicting they understood their rights. The defendants thereafter admitted to HSI Special Agents that Edward Calvin Swain was the person piloting the vessel that was traveling to the United States and Christopher Rolle assisted with navigating the vessel by use of his GPS. The defendants stated that they were aware that entering the United States with migrants was in violation of U.S. law.

10. During post-Miranda interviews the Edward Calvin Swain and Christopher Rolle stated that they were aware that when instructed by Law Enforcement to stop the vessel, they were required to comply with that order.

WEREFORE, your Affiant submits that there is probable cause to conclude that the defendant, Edward Calvin Swain and Christopher Rolle, knowing or in reckless disregard of the fact that aliens David Tryell, Duvan Cani-Hernandez, Hernan Dario Zapata-Vazquez, Henry Alberto Montoya-Arboleda, Daniel Felipe-Mateo, Hilda Call-Chub, Nicomedes Pena-Estrada, Herson Yaxcal-Beltran, Alex Reyes-Ruiz, Margerine Cazine, Ancelione Dorvil, Bonita Auguste, Handily Louis, Violet Libin, Manette Dorestant, Rose Danielle, Casseus Chedeline, Hancito Dorvil had not received prior official authorization to come to, enter, or reside in the United States, did bring or attempt to bring to the United States in any manner whatsoever, such aliens for the purpose of private financial gain and/or did transport such aliens in violation of Title 8, United States Code, Sections 1324(a)(1)(A) and (B)(i).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Francisco Quiñones, Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to and subscribed before me this 13th day of May 2013 in West Palm Beach, Florida.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-8245-DLB

### BOND RECOMMENDATION

DEFENDANT: EDWARD CALVIN SWAIN

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: EMALYN WEBBER

Last Known Address: _____

What Facility: _____

Agent(s): S/A FRANCISCO QUINONES
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
U.S. DEPARTMENT OF HOMELAND SECURITY
WEST PALM BEACH, FLORIDA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 13-8245-DLB

### BOND RECOMMENDATION

DEFENDANT: CHRISTOPER DAVIS ROLLE

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   EMALYN WEBBER

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   S/A FRANCISCO QUINONES
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
U.S. DEPARTMENT OF HOMELAND SECURITY
WEST PALM BEACH, FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. __13-8245-DLB__

UNITED STATES OF AMERICA

vs.

EDWARD CALVIN SWAIN
and CHRISTOPHER DAVIS ROLLE,

            Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _x_ No

                                  Respectfully submitted,

                                  WIFREDO A. FERRER
                                  UNITED STATES ATTORNEY

BY:  _[signature]_
                                  EMALYN WEBBER
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Florida Bar No. 407501
                                  500 S. Australian Ave., Suite 400
                                  West Palm Beach, Florida   33501
                                  TEL (561) 820-8711
                                  FAX (651) 802-1787